**KOOLVENT METAL AWNING CORPORATION OF AMERICA,**
Appellant,

v.

**KOOL–VENT METAL AWNING CORPORATION OF MISSOURI, et al.**

No. 15366.

United States Court of Appeals
Eighth Circuit.

Jan. 31, 1956.

Kingsland, Rogers & Ezell, St. Louis, Mo., for appellant.

Lawrence H. Cohn, St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties. 138 F.Supp. 95.

**Clarence P. BERKIHISER, Petitioner,**

v.

**Paul JONES, Judge of the United States District Court for the Northern District of Ohio, Eastern Division, Respondent.**

No. 12777.

United States Court of Appeals
Sixth Circuit.

Jan. 13, 1956.

Metzenbaum, Schwartz & Disbro, Cleveland, Ohio, for petitioner.

PER CURIAM.

The petition for a writ of mandamus is denied. See Fannin v. Jones, 6 Cir., 229 F.2d 368.

**Marcus HACKERMAN, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 12441.

United States Court of Appeals
Sixth Circuit.

Dec. 19, 1955.

Llewellyn A. Luce, Washington, D. C., Theodore Hudson, Nashville, Tenn., for petitioner.

H. Brian Holland, R. P. Hertzog, Rollin H. Transue, Ellis N. Slack, George F. Lynch and Meyer Rothwacks, Washington, D. C., for respondent.

Before MARTIN, MILLER and STEWART, Circuit Judges.

PER CURIAM.

This cause came on to be heard on a petition for review filed by the taxpayer; and due consideration having been given the oral arguments and briefs of both the taxpayer and the Commissioner and, likewise, the entire record in the cause;

The decision of the Tax Court holding that there are deficiencies as stated in the income tax of the petitioner for the years 1946 and 1947 is sustained, upon the basis of its findings of fact and for the reasons given in its opinion.

It is so ordered.